```
 1   JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney
 2
     BRIAN J. STRETCH (CABN 163973)
 3   Chief, Criminal Division

 4   OWEN P. MARTIKAN (CSBN 177104)
     Assistant United States Attorneys
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102
         Telephone: (415) 436-7241
 7       Facsimile: (415) 436-7234
         owen.martikan@usdoj.gov
 8
     Attorneys for Plaintiff
 9
```

**FILED**

FEB 17 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09-0034 SI |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL DOUGLAS CARLIN, ) | |
| ) | |
| Defendant. ) | |

On February 10, 2009, the parties in this case appeared before the Court for a status conference. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from February 10, 2009, through February 27, 2009, for effective preparation of defense counsel. The parties represented that granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

//

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0034 SI

1  interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

3  　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　United States Attorney

4

5  DATED: _____　　　　　　/s/　　　　　　　　　　　

　　　　　　　　　　　　　　　　　OWEN P. MARTIKAN
6  　　　　　　　　　　　　　　　　Assistant United States Attorney

7

　　　　　　　　　　　　　　　　　/s/
8  DATED: _____　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　JODI LINKER
9  　　　　　　　　　　　　　　　　Attorney for Michael Carlin

10

11  　　　　　　　　　　　　　　**[PROPOSED] ORDER**

12  　　　　As the Court found on February 10, 2009, and for the reasons stated above, an exclusion

13  of time from February 10, 2009, through February 27, 2009, is warranted because the ends of

14  justice served by the continuance outweigh the best interests of the public and the defendant in a

15  speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance

16  would deny defense counsel the reasonable time necessary for effective preparation, taking into

17  account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C.

18  §3161(h)(8)(B)(iv).

19

20  SO ORDERED.

21

22  DATED: 2-17-09

23  　　　　　　　　　　　　　　　　　HON. MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　United States Magistrate Judge

24

25

26

27

28

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0034 SI