BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CARLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-034 SI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE HEARING |
| v. | ) | |
| | ) | |
| MICHAEL DOUGLAS CARLIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 27, 2009, the parties appeared before the Court in the above-referenced matter and advised the Court that they needed time to attempt to negotiate a resolution of this matter. The Court scheduled the next appearance for Friday, April 17, 2009 at 11:00 am. The parties have made progress in those negotiations, but have yet to reach a final resolution. The parties anticipate that they will be able to resolve the matter if given a short continuance. Accordingly, the parties hereby stipulate and agree that the next appearance in this matter be continued to May 1, 2009 at 11:00 am.

The parties also request that the Court exclude the period of time from the date of this Order through May 1, 2009 from any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance provides the reasonable time necessary for preparation of

defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.


___4/14/09_____                              _____/s/_____
DATED                                              JODI LINKER
                                                   Assistant Federal Public Defender


___4/14/09_____                              _____/s/_____
DATED                                              OWEN MARTIKAN
                                                   Assistant United States Attorney


**[PROPOSED] ORDER**

Based on the stipulation of the parties, and for good cause shown, the next appearance in the above-captioned matter is continued to May 1, 2009 at 11:00 am and the time until then is excluded under the Speedy Trial Act.

IT IS SO ORDERED.


_____                              _____
DATED                                              SUSAN ILLSTON
                                                   UNITED STATES DISTRICT JUDGE